**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: March 23, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 12-52662 |
| | : | |
| Lori Givens, | : | Chapter 13 |
| | : | Judge Caldwell |
| | : | |
| | : | **Pretrial Conf.: June 6, 2018, at 3 p.m.** |
| Debtor. | : | **Trial Date: August 28, 2018, at 10 a.m.** |

**TRIAL SCHEDULING ORDER REGARDING DAMAGES FOR THE
COURT'S FINDING OF CONTEMPT AND SANCTIONS AGAINST FEDERAL
NATIONAL MORTGAGE ASSOCIATION AND SETERUS, INC. (DOC. NO. 165)**

On January 17, 2018, the Court entered a Memorandum Opinion and Order granting Debtor's Motion for Contempt and Sanctions against Creditors Federal National Mortgage Association and Seterus, Inc.   Additionally, the Court instructed Debtor to file a statement of itemized damages, which she did on February 16, 2018.   Creditors filed responses to Debtor's statement on March 15 and 16, 2018.   Upon review of these pleadings, the Court establishes the follow schedule:

1. **Discovery**

On or before May 31, 2018, the Parties shall complete all discovery and file any discovery-related motions.

2. **Stipulations**

Parties shall file all stipulations on or before June 29, 2018.

### 3. Witness Lists

On or before July 31, 2018, the Parties shall file witness lists containing the identity and address of each person whom a party may call or have available for testimony at trial, including separately designated expert witnesses. *See* LBR Form 7016-1 Attachment A–Witness List. The Court may preclude testimony from witnesses not timely identified.

### 4. Exhibits and Exhibits Lists

Parties shall exchange (not file with the Court), all proposed exhibits on or before July 31, 2018. By this same deadline, parties shall file joint or separate exhibits lists (without exhibits attached). *See* LBR Form 7016-1 Attachment B–Exhibit List. The Court may exclude exhibits from admission for failure to follow these procedures.

A. Each Party shall pre-mark all exhibits. The Court will not provide exhibit stickers and, absent unusual circumstances, the Courtroom Deputy will not mark exhibits at trial.

B. Parties shall mark exhibits as follows:

Numbers-Debtor

Letters-Creditors

C. At trial, counsel shall provide an original hard copy of each exhibit that the Court will retain as part of the record. Presentation of all exhibits during trial shall be by means of the Court's electronic display system. If counsel intends to present exhibits electronically from a laptop computer or use of other digital presentation devices, then counsel must provide at least three (3) days advance notice to the Courtroom Deputy to ensure security clearance and technical compatibility.

### 5. Pretrial Conference and Trial Dates

The Court will conduct a pretrial conference on **June 6, 2018, at 3 p.m.,** 5th Floor, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215. Parties shall be prepared to discuss efforts to resolve the dispute, along with other trial-related matters.

The trial to determine the damages in this contested matter shall commence **on August 28, 2018 at 10 a.m.,** before Charles M. Caldwell, United States Bankruptcy Judge, in Courtroom B, United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.

### 6. Settlements and Withdrawals

If the contested matter is settled or dismissed, no one need appear at the scheduled trial if Parties send an e-mail message to the Court at caldwell287.ohsb.uscourts.gov by Noon the prior day. Parties bear notification responsibility.

### 7. Continuances

Parties may only request a continuance by written motion filed and served at least seven (7) days prior to the scheduled trial date, absent extraordinary circumstances.

### 8. Other

Parties may not modify the terms of this Order by agreement. The Court requires a written and timely motion.

**IT IS SO ORDERED**

**Copies to:**

Default List
Michelle Rahwan, Courtroom Deputy